**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Luciano Elias-Batista, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 26-CV-10544-AK |
| Antone Moniz, et al, | ) |
| Respondents (s). | ) |

## ORDER OF DISMISSAL

## ANGEL KELLEY, D.J.

In accordance with the Court's Order  [Dkt. 11] entered on 2/24/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 3/10/2026                                          By the Court,

/s/ Courtney Horvath
Deputy Clerk